UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                  :
                                                           :
         -v-                                               :        21-CR-57 (PAE)
                                                           :
ARIEL LOPEZ,                                               :        SCHEDULING ORDER
                                                           :
                        Defendant.                         :
                                                           :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **March 10, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                                      *Paul A. Engelmayer*
Dated: March 3, 2021                                      PAUL A. ENGELMAYER
       New York, New York                                United States District Judge