

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2021

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Ariel Lopez*, **21 CR 57 (PAE)**

Dear Judge Engelmayer,

      The Government writes on behalf of the parties and in response to the Order of the Court dated April 26, 2021 to request respectfully that the Court adjourn the conference scheduled for May 12, 2021 for approximately thirty days to a date and time of convenience to the Court. The parties continue to discuss the possibility of a pre-trial disposition and anticipate that the additional time before the parties next appear before the Court will allow those discussion to advance to their conclusion. With the consent of the defendant, the Government further requests respectfully that the Court exclude time under the Speedy Trial Act from May 12, 2021 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant and the Government in being able to achieve a pre-trial disposition, if possible, and to take the steps necessary to effectuate such a disposition.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By: _Thomas John Wright_____
      Thomas John Wright
      Assistant United States Attorney
      (212) 637-2295

**GRANTED.** The conference is adjourned to June 16, 2021 at 10:30 a.m.
For the reasons stated above, time is excluded, pursuant to 18 U.S.C.
3161(h)(7)(A), until June 16, 2021. The Clerk of Court is requested to
terminate the motion at Dkt. No. 13.

                  4/30/2021
      SO ORDERED.

      _Paul A. Engelmayer_____
      PAUL A. ENGELMAYER
      United States District Judge