UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :     21-CR-57 (PAE)
                                                                        :
ARIEL LOPEZ,                                                            :     SCHEDULING ORDER
                                                                        :
                Defendant.                                              :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a pretrial conference in this case for **October 12, 2021** at **1:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                                      *Paul A. Engelmayer*
Dated: October 6, 2021                                    PAUL A. ENGELMAYER
       New York, New York                       United States District Judge