UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARIEL LOPEZ,<br><br>Defendant. | 21-CR-57 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court relieves Mr. Christopher Flood, Esq. as counsel of record for Mr. Lopez and appoints Mr. Deveraux Cannick, Esq. The next conference is in this case is scheduled for **November 19, 2021** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until November 19, 2021.

SO ORDERED.

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: October 15, 2021
       New York, New York