# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick
———
Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

January 17, 2022

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   **United States v. Ariel Lopez**
              **Case No.:  1:21-cr-00057-PAE**

Dear Honorable Judge Englemayer:

      We are the attorneys for Ariel Lopez. He is scheduled to appear before Your Honor on January 20th, 2022. Mr. Lopez emailed us on Sunday, January 16th, 2022, apprising us that he was just informed that he tested positive for COVID-19.

      Thus, we respectfully request that his conference set for January 20th, 2022 be rescheduled to the last week in February.

      Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/ad

**GRANTED.** The Court adjourns the conference until **Monday, February 14, 2022** at **12:00 p.m.** The Court excludes the time until that conference pursuant to 18 U.S.C. 3161(h)(7)(A), as the interests of justice are advanced by enabling the defendant to recover from COVID, and outweigh the interests in a speedy trial.  The Court wishes Mr. Lopez a speedy recovery. The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

SO ORDERED.                               1/18/2022

PAUL A. ENGELMAYER
United States District Judge