UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,           :

           -v-                        :                21-CR-57 (PAE)

ARIEL LOPEZ,                        :             SCHEDULING ORDER

                Defendant.        :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's 404(b) letter is due by **May 10, 2022.**

- Any motions *in limine* are due on **May 24, 2022**.

- Opposition to any motions *in limine* are due **June 3, 2022**.

- Proposed *voir dire* questions and requests to charge are due **June 3, 2022**.

- The final pretrial conference in this case is scheduled for **June 28, 2022** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial in this case is scheduled for **July 5, 2022**.

At today's conference, the Court excluded time until July 5, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  March 28, 2022
        New York, New York

_____
        PAUL A. ENGELMAYER
        United States District Judge