UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIEL LOPEZ,<br><br>Defendant. | 21-CR-57(PAE)<br><br>Order |

For the reasons set forth on the record at the April 01, 2025 hearing in this matter, it is hereby ORDERED that the defendant, ARIEL LOPEZ, enter INPATIENT SUBSTANCE ABUSE TREATMENT at EDUCATIONAL ALLIANCE PRIDE SITE.

IT IS FURTHER ORDERED that the defendant shall continue to participate in INPATIENT SUBSTANCE ABUSE TREATMENT for approximately (90) days or to be determined in collaboration with the Probation Office and Educational Alliance Pride Site.

Dated: New York, New York

   April 14   , 2025

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE